UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN TAVAREZ-VARGAS,

                   Plaintiff,         21-cv-9955 (JGK)

      - against -              ORDER

WESCOVER, INC.,

                   Defendant.

---

JOHN G. KOELTL, District Judge:

Because this case is currently stayed, ECF No. 14, the conference scheduled for **March 15, 2022** at **12:30 p.m.** is canceled.

SO ORDERED.

Dated:    New York, New York
           March 14, 2022

                                              John G. Koeltl
                                      United States District Judge