UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN TAVAREZ-VARGAS,

                Plaintiff,          21-cv-9955 (JGK)

    - against -             ORDER

WESCOVER, INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a status report by **April 29, 2022**.

SO ORDERED.

Dated:    New York, New York
           April 20, 2022

                                              John G. Koeltl
                                  United States District Judge